Jose VILLA–YANEZ, Petitioner–Appellant,

v.

Steve MORRIS, Warden, Respondent–Appellee.

No. 05–41207
Conference Calendar.

United States Court of Appeals, Fifth Circuit.

April 17, 2007.

Jose Villa–Yanez, Beaumont, TX, pro se.

Before HIGGINBOTHAM, BENAVIDES, and PRADO, Circuit Judges.

PER CURIAM: *

Jose Villa–Yanez (Villa), federal prisoner # 05551–085, has appealed the dismissal of his 28 U.S.C. § 2241 petition challenging his 1997 conviction of conspiracy to possess

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be

with intent to distribute cocaine and 240–month term of imprisonment. Villa contends that his sentence was unconstitutional in light of *Blakely v. Washington*, 542 U.S. 296, 124 S.Ct. 2531, 159 L.Ed.2d 403 (2004), and *United States v. Booker*, 543 U.S. 220, 125 S.Ct. 738, 160 L.Ed.2d 621 (2005), and that he should be permitted to assert his *Booker* claim in a § 2241 proceeding under the savings clause of 28 U.S.C. § 2255. Because *Blakely* and *Booker* are not retroactively applicable to cases on collateral review, Villa cannot show that he should be permitted to assert his claims under the savings clause of § 2255. *See Padilla v. United States*, 416 F.3d 424, 426–27 (5th Cir.2005); *Reyes–Requena v. United States*, 243 F.3d 893, 904 (5th Cir.2001).

The district court's judgment is AFFIRMED.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be

published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.